**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**IJAL SUDLER,**

                **Petitioner,**

      **v.**                                      **9:12-CV-0367**

**PATRICK GRIFFIN,**

                **Respondent.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

Ijal Sudler
08-A-0911
Sullivan Correctional Facility
Box 116
Fallsburg, NY 12733
Petitioner, *pro se*

HON. ERIC T. SCHNEIDERMAN         THOMAS B. LITSKY, ESQ
Attorney General of the State of New York  Assistant Attorney General
The Capitol
Albany, New York 12224
Counsel for Respondent

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

### **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 1st day of August 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The petition is denied and dismissed. A certificate of appealability is denied.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: August 26, 2013
Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge